| United States Bankruptcy Court<br>Northern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Post 240 Partners, LP** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Festival Retail Fund 1 228 Post Street, LP** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**26-0418112** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**228-240 Post Street**<br>**San Francisco, California**  ZIP CODE **94108** | Street Address of Joint Debtor (No. & Street, City, and State):  ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**9841 Airport Boulevard, Suite 700**<br>**Los Angeles, CA**  ZIP CODE **90045** | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **228-240 Post Street, San Francisco, California** | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [x] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [x] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**  THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] OVER 100,000 |

Estimated Assets
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [x] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

Estimated Debts
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [x] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Post 240 Partners, LP** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: **Post Street LLC** | Case Number: **11-32255** | Date Filed: **6/15/11** |
| District: **Northern District of California (San Francisco Division)** | Relationship: **Affiliate** | Judge: **Thomas E. Carlson** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
*(Check any applicable box.)*

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*(Check all applicable boxes.)*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____<br>
    (Name of landlord that obtained judgment)

    _____<br>
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Post 240 Partners, LP** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X /s/ H. Alexander Fisch<br>Signature of Attorney for Debtor(s)<br>**H. Alexander Fisch**<br>Printed Name of Attorney for Debtor(s)<br>**Stutman, Treister & Glatt Professional Corporation**<br>Firm Name<br>**Jeffrey C. Krause (SBN 94053)**<br>**Eric D. Goldberg (SBN 157544)**<br>**H. Alexander Fisch (SBN 223211)**<br>**Stutman, Treister & Glatt Professional Corporation**<br>**1901 Avenue of the Stars, 12th Floor**<br>**Los Angeles, CA 90067**<br>Address<br>**(310) 228-5600 Fax:(310) 228-5788**<br>Telephone Number<br>**October 19, 2011**<br>Date<br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br>X _____<br><br>_____<br>Date |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>Signature of Authorized Individual<br>**Mark Schurgin**<br>Printed Name of Authorized Individual<br>**President of General Partner FRF1 228 Post Street, LLC**<br>Title of Authorized Individual<br>**October 19, 2011**<br>Date | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Post 240 Partners, LP, Debtor

Case No. _____

Chapter 11

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

Following is a list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with FED. R. Bankr. P. 1007(d) for the filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT* | UNLIQUIDATED* | DISPUTED* | SUBJECT TO SETOFF* | AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|---|---|---|
| Cushman & Wakefield of California<br>One Maritime Plaza #900<br>San Francisco, CA 94111 | Attn: Accounts Receivable Manager<br>Cushman & Wakefield of California<br>One Maritime Plaza #900<br>San Francisco, CA 94111<br>Tel: 415-397-1700 | Trade debt | | | | | $500,626.37 |

---

* The following information is based upon a review of the debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses or counterclaims to the below-listed claims have been completed. Therefore, this listing does not and should not be deemed to constitute: (1) a waiver of any defense, counterclaim or offset to the below-listed claims; (2) an acknowledgment of the allowability of any of the below-listed claims; and/or (3) a waiver of any other right or legal position of the debtor.

553409v.1

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | C O N T I N G E N T * | U N L I Q U I D A T E D * | D I S P U T E D * | S U B J E C T   T O   S E T O F F * | AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|---|---|---|
| Festival Management Corp.<br>9841 Airport Blvd., #700<br>Los Angeles, CA 90045 | Attn: Accounts Receivable Manager<br>Festival Management Corp.<br>9841 Airport Blvd., #700<br>Los Angeles, CA 90045<br>Tel: 310-665-9600 | Trade debt | | | | | $278,744.92 |
| Lurie, Zepeda, Schmalz & Hogan<br>9107 Wilshire Blvd., Suite 800<br>Beverly Hills, CA 90210 | Attn: Accounts Receivable Manager<br>Lurie, Zepeda, Schmalz & Hogan<br>9107 Wilshire Blvd., Suite 800<br>Beverly Hills, CA 90210<br>Tel: 310 274-8700 | Legal Services | | | | | $165,800.00 |
| Schulte Roth & Zabel<br>919 Third Avenue<br>New York, NY 10022 | Attn: Accounts Receivable Manager<br>Schulte Roth & Zabel<br>919 Third Avenue<br>New York, NY 10022<br>Tel: 319-365-9461 | Legal Services | | | | | $46,987.22 |
| The Gap Inc.<br>2 Folsom Street<br>San Francisco, CA 94105 | Attn: Accounts Receivable Manager<br>The Gap Inc.<br>2 Folsom Street<br>San Francisco, CA 94105<br>Tel: 415391-8826 | Rent Overpayment | | | | | $44,533.83 |
| Deloitte & Touche LLP<br>350 S. Grand Avenue, Suite 200<br>Los Angeles, CA 90071-3462 | Attn: Accounts Receivable Manager<br>Deloitte & Touche LLP<br>350 S. Grand Avenue, Suite 200<br>Los Angeles, CA 90071-3462<br>Tel: 213-688-5198 | Audit and Tax Services | | | | | $19,380.00 |
| Nossaman LLP<br>50 California Street, 24th Floor<br>San Francisco, CA 94111 | Attn: Accounts Receivable Manager<br>Nossaman LLP<br>50 California Street, 24th Floor<br>San Francisco, CA 94111<br>Tel: 415-398-3600 | Legal Services | | | | | $11,688.78 |
| City Mechanical, Inc.<br>724 Alfred Nobel Drive<br>Hercules, CA 94547 | Attn: Accounts Receivable Manager<br>City Mechanical, Inc.<br>724 Alfred Nobel Drive<br>Hercules, CA 94547<br>Tel: 510-724-9088 | Trade debt | | | | | $10,559.58 |
| Festival Retail Fund Management<br>9841 Airport Blvd., #700<br>Los Angeles, CA 90045 | Attn: Accounts Receivable Manager<br>Festival Retail Fund Management<br>9841 Airport Blvd., #700<br>Los Angeles, CA 90045<br>Tel: 310-665-9600 | Trade debt | | | | | $6,395.03 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT* | UNLIQUIDATED* | DISPUTED* | SUBJECT TO SETOFF* | AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|---|---|---|
| International Cleaning Services<br>One Sutter St., Suite 808<br>San Francisco, CA 94104 | Attn: Accounts Receivable Manager<br>International Cleaning Services<br>One Sutter St., Suite 808<br>San Francisco, CA 94104<br>Tel: 415-433-2191 | Trade debt | | | | | $3,139.21 |
| Carter Brothers<br>500 W. Cypress Creek Road #650<br>Fort Lauderdale, FL 33309 | Attn: Accounts Receivable Manager<br>Carter Brothers<br>500 W. Cypress Creek Road #650<br>Fort Lauderdale, FL 33309<br>Tel: 800-873-3392 | Trade debt | | | | | $2,693.00 |
| Mercury Maintenance<br>One Sutter Street # 808<br>San Francisco, CA 94104 | Attn: Accounts Receivable Manager<br>Mercury Maintenance<br>One Sutter Street # 808<br>San Francisco, CA 94104<br>Tel: 415-433-0509 | Trade debt | | | | | $73.00 |
| KSW Architecture & Planning<br>245 Vallejo Street<br>San Francisco, CA 94111 | Attn: Accounts Receivable Manager<br>KSW Architecture & Planning<br>245 Vallejo Street<br>San Francisco, CA 94111<br>Tel: 415-392-8969 | Trade debt | | | | | $1,375.00 |
| ThyssenKrupp Elevator<br>P.O. Box 933013<br>Atlanta, GA 31193 | Attn: Accounts Receivable Manager<br>ThyssenKrupp Elevator<br>P.O. Box 933013<br>Atlanta, GA 31193<br>Tel: 415-544-8150 | Trade debt | | | | | $3,050.50 |
| A Total Fire Protection<br>3075 Alhambra Drive, Suite 205<br>Cameron Park, CA 95682 | Attn: Accounts Receivable Manager<br>A Total Fire Protection<br>3075 Alhambra Drive, Suite 205<br>Cameron Park, CA 95682<br>Tel: 530-672-8496 | Trade debt | | | | | $175.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A LIMITED LIABILITY PARTNERSHIP

The undersigned, an authorize agent of Post 240 Partners, LP, declares under penalty of perjury that he has read the foregoing of Creditors Holding 20 Largest Unsecured Claims, and that it is true and correct to the best of his information and belief.

DATED: October 19, 2011

_____
Mark Schurgin, President of General Partner FRF1 228 Post Street, LLC

## United States Bankruptcy Court
### Northern District of California

In re: Post 240 Partners, LP
Debtor(s)

Case No.
Chapter: 11

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of __4__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: October 19, 2011

Signature: [signed]
Name/Title: Mark Schurgin
President of General Partner FRF1 228 Post Street, LLC

A Total Fire Protection
3075 Alhambra Drive Suite 205
Cameron Park, CA 95682



Carter Brothers
500 W Cypress Creek Road No 650
Fort Lauderdale, FL 33309



City Mechanical, Inc.
724 Alfred Nobel Drive
Hercules, CA 94547



Cushman and Wakefield of California
One Maritime Plaza No 900
San Francisco, CA 94111



Deloitte and Touche LLP
350 S Grand Avenue Suite 200
Los Angeles, CA 90071-3462



Employment Development Department
State of California
Bankruptcy Unit - MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Eurohypo AG
1114 Avenue of the Americas
New York, NY 10036


Festival Management Corp
9841 Airport Blvd No 700
Los Angeles, CA 90045


Festival Retail Fund Management
9841 Airport Blvd No 700
Los Angeles, CA 90045


Franchise Tax Board
Bankruptcy Section, MS A -340
P.O. Box 2952
Sacramento, CA 95812-2952


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


International Cleaning Services
One Sutter St Suite 808
San Francisco, CA 94104

KSW Architecture and Planning
245 Vallejo Street
San Francisco, CA 94111



Lurie, Zepeda, Schmalz and Hogan
91-7 Wilshire Blvd, Suite 800
Beverly Hills, CA 90210



Mercury Maintenance
One Sutter Street, Suite 808
San Francisco, CA 94104



Nossaman LLP
50 California Street, 34th Floor
San Francsico, CA 94111



Office of The United States Trustee
235 Pine Street
Suite 700
San Francisco, CA 94104-3401



Post Investors LLC
c/o Square Mile Capital Management LLC
450 Park Avenue
New York, NY 10022

556026v1

Case: 11-33788    Doc# 1    Filed: 10/19/11    Entered: 10/19/11 17:33:39    Page 11 of 12

Schulte Roth and Zabel
919 Third Avenue
New York, NY 10022



Secretary of State
State of California
1500 - 11th Street
Sacramento, CA 95814



State Board of Equalization
State of California
Account & Analysis & Control Section, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029



The Gap, Inc.
2 Folsom Street
San Francisco, CA 94105



ThyssenKrupp Elevator
PO Box 933013
Atlanta, GA 31193